ney General *Doub, Samuel D. Slade, Willard W. Gatchell*
and *Howard E. Wahrenbrock* for respondent.

No. 339. NEW HAMPSHIRE FIRE INSURANCE CO. *v.*
SCANLON, DISTRICT DIRECTOR OF INTERNAL REVENUE,
ET AL. C. A. 2d Cir. Certiorari granted. *Myron Engelman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *Joseph Kovner* for the District Director of Internal Revenue, respondent.

No. 359. COMMISSIONER OF INTERNAL REVENUE *v.*
GILLETTE MOTOR TRANSPORT, INC. C. A. 5th Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Rice* and *A. F. Prescott* for petitioner. *Joseph A. Maun* and *John A. Murray* for respondent.

No. 360. UNITED STEELWORKERS OF AMERICA *v.* AMERICAN MANUFACTURING CO. C. A. 6th Cir. Certiorari granted. MR. JUSTICE BLACK took no part in the consideration or decision of this application. *Arthur J. Goldberg* and *David E. Feller* for petitioner. *Harold M. Humphreys* for respondent.

No. 317. INTERNATIONAL ASSOCIATION OF MACHINISTS, LOCAL LODGE No. 311, AFL-CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Plato E. Papps* and *Bernard Dunau* for petitioners. *Solicitor General Rankin, Stuart Rothman, Thomas J. McDermott, Dominick L. Manoli* and *Norton J. Come* for respondent.